STATE OF NEW JERSEY v. ROBERT TORRES.

March 25, 1986.

Petition for certification denied.

———

STATE OF NEW JERSEY v. STEPHEN MACALUSO.

March 25, 1986.

Petition for certification denied.

———

STATE OF NEW JERSEY v. DAVID MCKEE.

March 25, 1986.

Petition for certification denied.

———

STATE OF NEW JERSEY v. RONALD COELHO.

March 25, 1986.

Petition for certification denied.

———

STATE OF NEW JERSEY v. ELIJAH RICHE.

March 25, 1986.

Petition for certification denied.